**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. _____ |
| | : | |
| v. | : | |
| **ANTHONY GRAY,** | : | |
| | : | **UNDER SEAL** |
| Defendant. | : | |

## STATEMENT OF FACTS

1. On May 10, 2018, the MPD/FBI Child Exploitation and Human Trafficking Task Force ("MPD/FBI CEHTTF") began an investigation into allegations that TERRELL ARMSTEAD (herein "ARMSTEAD") had sex trafficked a minor and other young women by force, fraud, or coercion. The minor victim (herein, "MV1") was 16 years old at the time ARMSTEAD began transporting her from Maryland, through the District of Columbia, and into Virginia, knowing that she would be engaging in commercial sex acts. As a result of the investigation, in May of 2019, ARMSTEAD was arrested and charged by criminal complainant with Sex Trafficking of a Minor, in violation of 18 U.S.C. §§ 1591(a)(1) & (2), Sex Trafficking by Force, Fraud, or Coercion, in violation of 18 U.S.C. § 1591, and Obstruction of Enforcement of the Sex Trafficking Statute, in violation of, 18 U.S.C. § 1591(d). On March 16, 2020, following a jury trial, ARMSTEAD was convicted of one count of violating 18 U.S.C. § 1591, Sex Trafficking by Force, Fraud, or Coercion.

2. During the course of the investigation involving ARMSTEAD, law enforcement learned that MV1 met ARMSTEAD when she was 16 years old, through ADULT WITNESS 1 (herein "AW1"). The investigation and the trial testimony of MV1 and AW1 revealed the following sequence of events: In early March 2015, ARMSTEAD drove AW1 to MV1's house

in Maryland. ARMSTEAD then drove AW1 and MV1 to a hotel. According to witnesses, the hotel may have been a Motel 6.

3. When MV1, AW1, and ARMSTEAD arrived at the hotel, ARMSTEAD called ANTHONY GRAY, aka "P" aka "Playboy", with a date of birth of ▇▇▇▇▇▇▇ (herein "DEFENDANT"). The DEFENDANT is the brother of ARMSTEAD's former girlfriend, and mother of his children, Laura Gray.

4. Once the DEFENDANT arrived at the hotel, the DEFENDANT discussed with MV1 and AW1 that they were going to be in engaging in commercial sex acts with strangers. The DEFENDANT had a professional looking camera and took pictures of AW1 in order to post advertisements online, offering AW1 for commercial sex. The DEFENDANT instructed AW1 how to pose for the advertisements, what to say when potential clients called the telephone number featured in the advertisements, and how much to charge for various sex acts. While AW1 engaged in commercial sex acts in the hotel room on that first occasion, MV1 did not. ARMSTEAD drove MV1 and AW1 home from the hotel.

5. The investigation has revealed that, on a subsequent occasion, that being the weekend of March 14, 2015, ARMSTEAD drove the DEFENDANT, AW1 and MV1 from Lusby, Maryland to a hotel located in Alexandria, VA for the purpose that AW1 and MV1 engage in prostitution. The investigation subsequently revealed that this hotel is a Red Roof Inn, located in Alexandria, VA; the records of that hotel corroborate that these offenses took place in March 2015. Law enforcement has traced and studied the route between Lusby, Maryland and Alexandria, VA, and, following the most direct route between those places, ARMSTEAD, AW1, the DEFENDANT, and MV1 would have traveled across the Woodrow Wilson Bridge, a portion of which is in Washington, D.C., in order to arrive at the Red Roof Inn located in Alexandria,

VA.

6. Once at the Red Roof Inn, the DEFENDANT took pictures of AW1 and MV1 with his camera for the purpose of using the pictures in online advertisements, offering AW1 and MV1, a 16 year old girl, to individuals looking for the opportunity to engage in commercial sex. The DEFENDANT directed MV1 and AW1 on how to pose in these pictures. The DEFENDANT took some photographs depicting only AW1, some depicting only MV1, and some featuring both females together. The DEFENDANT then used his cellular telephone to post these pictures and advertisements on a website known as Backpage.com.[1] The advertisements were posted on the Alexandria, VA and Washington, DC Backpage pages.

7. The DEFENDANT instructed both AW1 and MV1 on what to ask potential clients when they called the telephone numbers featured in the advertisements posted on Backpage.com. The DEFENDANT determined who the clients could be, and the prices that AW1 and MV1 should charge for various sex acts. MV1's face was not shown in any of the pictures posted on Backpage.com, due to her young age. The DEFENDANT and ARMSTEAD instructed that MV1 not loiter outside the hotel room, because it would draw attention from law enforcement. Through witness interviews and trial testimony,[2] law enforcement learned that the DEFENDANT, while

---

[1] Backpage.com was known to law enforcement as a website used to post online sexual solicitation advertisements. The website was seized in April 2018 by the FBI.

[2] At trial, MV1 and AW1 were cross-examined about various claimed areas of impeachment. MV1 acknowledged having, at ARMSTEAD's direction, lied to law enforcement in interviews before the conclusion of the investigation in an effort to hide ARMSTEAD's involvement in trafficking MV1 while she was a minor. Defense counsel highlighted that MV1, AW1, AW2 could have been charged with prostitution as a result of their involvement with ARMSTEAD. MV1 was, in fact, arrested and charged with criminal offenses including Conspiracy to Commit Sex Trafficking, in violation of 18 U.S.C. § 1594. AW1 and AW2 were never charged with criminal offenses as a result of being commercially sexually exploited by ARMSTEAD and/or GRAY. During the ARMSTEAD trial, defense counsel, through cross-examination and closing arguments, opined that this gave each of the witness a motive to lie, in an effort to curry favor with law enforcement and the prosecution. AW1 was specifically cross-examined about an earlier arrest and disposition of charges in the state of Maryland. Additionally, MV1 and AW1 were extensively cross-examined about their use of various drugs and alcohol at or about the time of DEFENDANT's and ARMSTEAD's offenses.

inside the hotel room with ARMSTEAD, MV1, and AW1, when referring to MV1's young appearance, stated, "That's the face that's going to get us all hemmed up."

8. The investigation revealed that while AW1 and MV1 were engaging in commercial sex acts in the hotel room, the DEFENDANT and ARMSTEAD would be providing lookout from the car in the parking lot. MV1 and AW1 were instructed to text ARMSTEAD to let him know when a date arrived, the amount of money that they would charge, and when the date left. ARMSTEAD and the DEFENDANT would then come to the hotel room in order to collect the money that AW1 and MV1 earned by engaging in commercial sex acts. Interviews with MV1 and AW1, as well as a review of records provided by the Red Roof Inn in Alexandria, VA, support that the DEFENDANT and ARMSTEAD brought AW1 and MV1 to the hotel in order to engage in commercial sex dates for their financial benefit at least three or four times in or about March 2015.

9. In terms of who financially benefitted from the commercial sex acts that AW1 and MV1 were engaging in, AW1 stated that at first she was splitting the money 50/50 with ARMSTEAD, but that later she began to give the DEFENDANT 100 percent of the money that she earned. Over time, MV1 provided 100 percent of the money that she earned by being commercially sexually exploited by the DEFENDANT and ARMSTEAD to ARMSTEAD.

10. During the course of the investigation, online sexual solicitation advertisements, which featured pictures of AW1, MV1, and other young women who are known to law enforcement, were obtained by law enforcement. These advertisements, which provided MV1, a 16 year old girl, for commercial sex were posted in the Washington, D.C., Northern Virginia, and

Southern Virginia sections of Backpage.com, between March 18, 2015 and April 4, 2015. An example one of the advertisement reads:

    a.    Gorgeous Mercedes Is Back And For A Limited Time – 23: Hey boy's it's Sophia & Mercedes, your number one duo. We are back to pick up where we left off. So stop wasting time with the one's that don't give you what your looking for and is a big wast of time. So pick up the phone and call us now and end your constant look for what you need!!! Mercedes ▬▬▬▬. This advertisement was posted on March 22, 2015. (http://washingtondc.backpage.com/FemaleEscorts/gorgeous-mercedes-is-back-and-for-a-limited-time/17416769).

    11.    The online sexual solicitation advertisements posted on "backpage.com" were posted using an account associated with email address ▬▬▬▬▬▬▬▬ Law enforcement obtained a search warrant for the email account ▬▬▬▬▬▬▬▬ This email account was created on January 7, 2015, with the user name "▬▬▬▬" and phone number ▬▬▬▬ The email account was active but contained no other data, including any archived emails or emails from "backpage.com." A subpoena was sent to AT&T for subscriber information associated with this telephone number. The returns from AT&T provided that the user of that phone number, and the name of the billing party, was "Anthony Gray," that is, the DEFENDANT.

    11.    Adult Witness 2 (herein "AW2") met the DEFENDANT in Illinois when she was approximately 17 years old. Through information gathered during the investigation, including recorded calls placed by the DEFENDANT when he was incarcerated, there is reason to believe that the DEFENDANT would drive AW1 and AW2 from parts of Maryland to an area in

Northwest, Washington, D.C., known as the "track" or the "Blade"[3] for the purpose of AW1 and AW2 engaging in prostitution.

12. On February 21, 2020, the trial for ARMSTEAD began in the United States District Court for the District of Columbia. Through the course of normal proceedings, ARMSTEAD became aware that AW2 would be testifying, and he informed the DEFENDANT's sister. On February 22, 2020, the DEFENDANT sent a message to AW2, via Facebook Messenger, acknowledging that he knew that AW2 was a testifying witness. AW2 stated that she felt the DEFENDANT was attempting to intimidate her, and could be attempting to persuade her not to testify. Below is a portion of the message sent by the DEFENDANT to AW2:

> "Have Somebody ever treated you so bad that you feel like you need to speak or Wright something that will lay them on a bed?" "Nothing you say is valuable or credible." "I never thought you to be one of those but I see you're no different from the Species that walk close to the earth. God bless you with twins and future." "I hope you didn't lie in the things you said because I will do life to tell the truth about everything that happen, are you willing to do the same."

## CONCLUSION

13. Based on the above information, there is probable cause to believe that ANTHONY GRAY, aka "P" aka "Playboy", committed the following offenses: Sex Trafficking of a Minor, in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(2); Conspiracy to Sex Traffic a Minor, in violation of 18 U.S.C. § 1594(c); Conspiracy to Transport a Minor for Sexual Activity, in violation of 18 U.S.C. §§ 2423(a) and (e); and Use of a Facility of Interstate Commerce in Aid of Racketeering

---

[3] The "track" is a term used to describe an area for outdoor prostitution. The Washington, D.C. "track" is located in the area of 12th Street and K Street, Northwest, Washington, D.C. The Metropolitan Police Department had several police reports of AW1 (one report with AW2) being observed on the "track" and engaging in commercial sex. The timeframe of these report is consistent with the time AW1 and AW2 were working with the DEFENDANT.

Activity, in violation of 18 U.S.C. 1952(a)(3), on or about and between March 1, 2015 and August 18, 2016, as well as Tampering with a Witness, in violation of 18 U.S.C. § 1512(b), on or about and between February 21 – 22, 2020.

                                        Respectfully submitted,

                                        Jeremiah P. Johnson
                                        Detective
                                        Metropolitan Police Department

Subscribed and sworn to before me telephonically this 22th day of July, 2020.

                                        _____
                                        HON.E DEBORAH A. ROBINSON,
                                        UNITED STATES MAGISTRATE JUDGE